PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Aaron Cooper | Case Number: 0980 2:13CR02076-006 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: March 19, 2014 | Type of Supervision: Supervised Release |
| Original Offense: Simple Possession of Heroin, 21 U.S.C. § 844(a) | Date Supervision Commenced: March 19, 2014 |
| Original Sentence: Prison - 1 day; TSR - 12 months | Date Supervision Expires: March 18, 2015 |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

Mr. Cooper was sentenced on March 19, 2014. Since that date, he admits to using alcohol, but states he did not use it in excess. He recognizes this is a violation of his terms of his treatment and therefore, in an effort to support his sobriety and commitment to treatment, he agrees to the above condition modification.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | s/Stephen Krous |
|  |  | Stephen Krous<br>U.S. Probation Officer<br>Date:  May 14, 2014 |

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*

_____
Signature of Judicial Officer

5/14/15
_____
Date